## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date: January 13, 2009

Deputy Clerk: Bernique Abiakam
Court Reporter: Gwen Daniel

Criminal Action No.: 08-cr-00122-JLK

UNITED STATES OF AMERICA,          Wayne Campbell

         Plaintiff,

v.

| | | |
|---|---|---|
| 1. | ELLENA TANYA LOPEZ, | Frances E. Simonet |
| 3. | DONALD D. HALL, | Harvey A. Steinberg |
| 5. | PHILLIP WAYNE BELTON, | Richard N. Stuckey |

         Defendants.

## COURTROOM MINUTES

**Evidentiary Hearing Day 2**

**9:12 a.m.**     **Court in session.**

Court calls case. Defendants present in custody. All counsel present.

Preliminary remarks by the Court.

- 9:13 a.m.     Government's witness, Special Agent Joseph Hunt, resumes the stand for further cross examination by Mr. Steinberg.

- 9:20 a.m.     Witness excused.

- 9:21 a.m.     Government's witness, Officer Charles Taylor, called and sworn.
  **Government's exhibit 6 offered and admitted.**
  Direct examination begins by Mr. Campbell.

- 9:47 a.m.     Cross examination begins by Mr. Steinberg.

- 10:15 a.m.     Re-direct examination by Mr. Campbell.

- 10:17 a.m.     Re-cross examination by Mr. Steinberg.

**10:19 a.m.**     **Court in recess.**

**10:42 a.m.**     **Court in session.**

10:43 a.m.     Defendant, Donald Hall, called and sworn.
                Direct examination begins by Mr. Steinberg.

10:44 a.m.     Cross examination begins by Mr. Campbell.

10:46 a.m.     Witness excused.

Discussion regarding Motions To Suppress.

**ORDERED:** **The Government shall have to and including January 23, 2009 to submit additional briefing on all motions to suppress.**

**ORDERED:** **Defendants shall have to and including January 28, 2009 to submit additional briefing on all motions to suppress.**

**ORDERED:** **Request For Notice Pursuant To Fed.R. CRIM.P. 12(b)(4)(B) [Filed 12/1/08; Doc. No. 95) is GRANTED.**

Discussion regarding Doc. No. 96

**ORDERED:** **Motion For Disclosure Of Rule 404(b) Evidence (Filed 12/1/08; Doc. No. 96) is DENIED as MOOT.**

Discussion regarding Doc. No. 97

**ORDERED:** **Discussion regarding Motion For Disclosure Of And Notification Of Any Evidence The government Seeks To Admit Pursuant To F.R.E. 801(d)(2)(E) And For A Pre-Trial Hearing On Admissibility (Filed 12/1/08; Doc. No. 97) is GRANTED in PART, and DENIED in PART, as specified.**

**ORDERED:** **Discussion regarding Motion For Disclosure and Notification Of Any Evidence The Government Seeks To Admit Pursuant To 801 (Filed 12/1/08; Doc. No. 98) is PENDING.**

**ORDERED:** **Discussion regarding Motion For Disclosure Of All Benefits Provided To Government Witnesses (Filed 12/1/09; Doc. No. 99) is PENDING.**

**ORDERED:** **Motion For Disclosure Pursuant To Rules 404(b) And 609, Federal Rules Of Evidence (Filed 12/1/08; Doc. 100) is GRANTED as**

specified.

ORDERED: Motion To Disclose Identity Of Informant (With Authority) [Filed 12/1/08; Doc. No. 102] is DENIED as MOOT.

ORDERED: Motion To Compel Disclosure Of Existence And Substance Of Promises Of Immunity, Leniency Or Preferential Treatment (Filed 12/1/08; Doc. No. 103) is GRANTED as specified.

ORDERED: Motion For Production Of Bruton And FRE 801(D)(2)(e) Materials And Motion For Determination Of Alleged Co-Conspirator Statements (Filed 12/1/08; Doc. No. 104) is DEFERRED and will be incorporated into a James hearing after ruling on motions to suppress have been made.

ORDERED: Request For Notice Of Intent To Call Expert Witnesses And Discovery Pursuant To Rule 16(a)(1)(D) and (E), Fed.R.Crim.P. (Filed 12/1/08; Doc. No. 105) is - GRANTED in PART, and DENIED in PART as specified. Counsel shall have an additional 15 days for Daubert motions to be filed.

ORDERED: Motion For Preservation Of Tapes And Notes (Filed 12/1/08; Doc. No. 106) is GRANTED as confessed by the Government.

ORDERED: Motion For Severance (Filed 12/1/08; Doc. No. 107) is DEFERRED pending ruling on motions to suppress.

ORDERED: Request For Notice By Government Of Intent To Introduce Evidence Pursuant To Rule 807, F.R.E. (Filed 12/1/08; Doc. No. 108) is DENIED as MOOT.

ORDERED: Request For Notice Of Government's Intent To Use Evidence (Filed 12/1/08; Doc. No. 109) is GRANTED.

11:11a.m. Court in recess.
Hearing concluded.
Time in court - 1 hour, 59 minutes